IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JEREMY J. QUINN, JR.,          Case No. 1:10-cv-590

    Plaintiff,

                                      Judge Timothy S. Black

vs.

CORRECTIONAL OFFICER
ANTHONY L. TACKETT, *et al.*,

    Defendants.

### ORDER VACATING THE REFERENCE OF THIS CASE TO THE MAGISTRATE JUDGE

The reference of this case to the Magistrate Judge is hereby vacated.

**IT IS SO ORDERED.**

Date: 3/14/12

                                           Timothy S. Black
                                           United States District Judge