UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JEREMY J. QUINN, Jr., | Case No. 1:10-cv-590 |
| Plaintiff, | Judge Timothy S. Black |
| v. | |
| ANTHONY L. TACKETT, *et al.*, | |
| Defendants. | |

## ORDER THAT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Doc. 51) AND PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Doc. 55) ARE TERMINATED

This civil case has two motions pending before the Court: Defendants' Motion for Summary Judgment (Doc. 51) and Plaintiff's Motion for Summary Judgment (Doc. 55), and the parties' responsive memoranda (Docs. 56 58, and 60).

After these pleadings were filed, the Court granted Plaintiff's renewed motion for appointment of counsel and ordered the taking of certain depositions. In light of these developments, and the parties having indicated an intent to file new dispositive motions upon completion of discovery, the pending motions (Docs. 51 and 55) are hereby **TERMINATED** without prejudice.

Accordingly, the Court anticipates the timely filing of new dispositive motions.

**IT IS SO ORDERED.**

Date: 8/31/12

*Timothy S. Black*
Timothy S. Black
United States District Judge