## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**JEREMY J. QUINN, JR.,**                           **Case No. 1:10-cv-590**

      Plaintiff,                           **Judge Timothy S. Black**

**-vs-**

**ANTHONY L. TACKETT, *et al.*,**

      Defendants.

_____

## JUDGMENT IN A CIVIL CASE
_____


    **[  ]   Jury Verdict:** This action came before the Court for a trial by jury.   The issues have been tried and the Jury has rendered its verdict.

    **[X]   Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the Defendant's Second Motion for Summary Judgment (Doc. 78) is **GRANTED**; and the case is **CLOSED** in this Court.

Date: September 24, 2013                           **JOHN P. HEHMAN, CLERK**

                                       By: *s/ M. Rogers*_____
                                       Deputy Clerk